UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OSCAR AUSTIN,<br><br>    Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>    Respondent. | No. 2:25-cv-2054 CSK P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding without counsel, filed a letter with the court on July 21, 2025. (ECF No. 1.) In this letter, petitioner appears to challenge conditions of confinement at Kern Valley State Prison ("KVSP"), where petitioner is incarcerated. Petitioner also appears to challenge his Stanislaus County conviction.

    This Court construes petitioner's claims challenging conditions of confinement at KVSP as a civil rights action pursuant to 42 U.S.C. § 1983. Because KVSP is located in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California, the Clerk of the Court is directed to forward a copy of petitioner's letter filed July 21, 2025 to the Fresno Division of this court to be opened as a new prisoner civil rights action. See Local Rule 120(d).

    Petitioner's claims challenging his Stanislaus County conviction are construed as a habeas corpus petition pursuant to 28 U.S.C. § 2254, properly filed in the Sacramento Division of this

1    district court.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the
2    required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner has also failed to file
3    his claims on a form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.  Petitioner will be
4    provided the opportunity to file a habeas corpus petition and either submit the appropriate
5    affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

6        This Court observes that in the letter filed July 21, 2025, petitioner appears to claim that
7    he does not have access to his legal property.  If petitioner does not have access to his legal
8    property and requires access to his legal property in order to file his habeas corpus petition,
9    petitioner shall inform this Court within thirty days.  Petitioner shall inform this Court who is
10   allegedly denying him access to his legal property and of any requests made by petitioner for
11   access to his legal property.

12       Good cause appearing, IT IS HEREBY ORDERED that:
13       1. The Clerk of the Court is directed to forward a copy of petitioner's letter filed July 21,
14   2025 (ECF No. 1) to the Fresno Division of this court to be opened as a new prisoner civil rights
15   action;
16       2. The Clerk of the Court is directed to serve a copy of this order on the Fresno Division
17   of this Court;
18       3. This Court construes the instant action as a petition for writ of habeas corpus pursuant
19   to 28 U.S.C. § 2254;
20       4. Petitioner shall submit, within thirty days from the date of this order, a habeas corpus
21   petition on the form provided by the Clerk of the Court and an affidavit in support of his request
22   to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this
23   order will result in a recommendation that this action be dismissed;
24       5. The Clerk of the Court is directed to send petitioner the form for a petition for writ of
25   habeas corpus pursuant to 28 U.S.C. § 2254 and the in forma pauperis form used by this district;
26   and
27       6. If petitioner does not have access to his legal property and requires access to his legal
28   property in order to file his habeas corpus petition, petitioner shall file the briefing discussed

above within thirty days of the date of this order.

Dated:  July 24, 2025

/s/ Chi Soo Kim
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Aust2054.ord/2