UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OSCAR AUSTIN,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNKNOWN,<br><br>                    Defendant. | Case No.  1:25-cv-00903-KES-EPG<br><br>ORDER REQUIRING PLAINTIFF TO FILE A COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>THIRTY (30) DAY DEADLINE<br><br>(ECF No. 11) |

      Plaintiff Steven Oscar Austin is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. Now before the Court is Plaintiff's application to proceed *in forma pauperis* (IFP) in this action. (ECF No. 11). Because the IFP application is incomplete, the Court will direct Plaintiff to file a fully completed IFP application, or pay the filing fee, within thirty days.[1]

      While Plaintiff fills out part of the standard IFP form, he fails to check the boxes concerning whether he has received money from various sources over the last twelve months. (*Id.* at 1). And he fails to answer the questions on the form regarding his assets, such as the balance of any financial accounts, *e.g.*, his prison trust account. (*Id.* at 2).

---

[1] The Court has entered findings and recommendations to dismiss this case based, in part, on Plaintiff's failure to pay the filing fee or submit an IFP application. (ECF No. 7). If Plaintiff submits a fully completed and truthful IFP application within thirty days, the Court will vacate those findings and recommendations. If he does not, those findings and recommendations will stand.

1

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to send Plaintiff a prisoner IFP application form.
2. Within thirty (30) days of the date of this order, Plaintiff shall either (1) pay the $405 filing fee for this action, or (2) **fully complete** and file the enclosed IFP application form.
3. If Plaintiff fails to comply with this order, the Court may dismiss this action for failure to pay the filing fee, failure to obey a court order, and failure to prosecute.

IT IS SO ORDERED.

Dated: **October 16, 2025**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE