**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN OSCAR AUSTIN, | No. 1:25-cv-0903 KES EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING REQUESTS FOR INJUNCTIVE RELIEF |
| v. | |
| UNKNOWN (BIVENS), et al., | Docs. 16, 19, 23, 24 26 |
| Defendants. | |

Plaintiff Steven Oscar Austin asserts that he suffered violations of his civil rights while in custody. *See* Doc. 1 at 1; Doc. 25. Plaintiff filed several motions for injunctive relief related to the return of his property, release from custody, and the restraining of unidentified individuals from harassing him. Docs. 1, 16, 19, 23, 24. The magistrate judge found plaintiff could not show a likelihood of success on the merits as the complaint failed "to identify any particular defendant, let alone any allegations or cognizable legal claims directed at a defendant." Doc. 26 at 3. The magistrate judge recommended the requests for injunctive relief be denied. *Id.*

On March 17, 2026, the Court served the findings and recommendations on plaintiff and notified him that any objections were due within 30 days of the date of service. Doc. 26. at 3. The Court also advised that the failure to file timely objections may result in the waiver of rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Plaintiff has not filed objections, and the time to do so has passed.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. After carefully reviewing the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued on March 17, 2026 (Doc. 26), are ADOPTED in full.

2. Plaintiff's requests for injunctive relief (Docs. 1, 16, 19, 23, 24) are DENIED.

IT IS SO ORDERED.

Dated:    May 6, 2026

_____
UNITED STATES DISTRICT JUDGE

2