**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN OSCAR AUSTIN, | Case No. 1:25-cv-00903 KES EPG (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT (1) THIS ACTION BE DISMISSED AND (2) PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE BE DENIED |
| v. | |
| UNKNOWN, et al. | |
| Defendants. | Doc. 28 |

Steven Oscar Austin is a state prisoner and proceeds pro se and in forma pauperis in this case. Docs. 1, 17. On April 21, 2026, Plaintiff filed his amended complaint alleging that Defendants have denied him due process, prevented him from accessing the courts, and unlawfully detained him. Doc. 27. Within the amended complaint, Plaintiff requests judicial notice of various state court proceedings. *See id.* at 8.

On April 27, 2026, the magistrate judge issued findings and recommendations that the action be dismissed without further leave to amend and that Plaintiff's request for judicial notice be denied. Doc. 28 at 1-8. The Court served the findings and recommendations on Plaintiff and granted him 30 days to file any objections. *Id.* The Court informed Plaintiff that a failure to file timely objections "may result in the waiver of rights on appeal." *Id.* at 9 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Plaintiff did not file objections.

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having

1

carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1. The findings and recommendations issued April 27, 2026 (Doc. 28) are ADOPTED in full.

2. This action is DISMISSED without further leave to amend.

3. Plaintiff's request for judicial notice (Doc. 27) is DENIED.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 29, 2026

_____
UNITED STATES DISTRICT JUDGE

2